**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DAVOL, INC. / C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION § § § § § § § § § § § § § This document relates to: § Charles Henry Burton § | CASE NO. 2:18-md-2846 <br><br> JUDGE EDMUND A. SARGUS, JR. <br><br> MAGISTRATE JUDGE KIMBERLY A. JOLSON <br><br> PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. CIV. R. 41(a)(1)(A) <br> Civil Action No.  2:21-cv-2805 |

Pursuant to Federal Civil Rule 41(a)(1)(A), Plaintiff, Charles Henry Brown, by and through Counsel, hereby gives notice that the above-captioned action, is voluntarily dismissed, without prejudice.

Respectfully submitted,

/s/ Colin G. Wood
Jason Joy & Associates, PLLC
909 Texas St., Ste. 1801
Houston, TX 77002
Tel: (713) 221-6500
Fax: (713) 221-1717
colin@jasonjoylaw.com

*Attorney for Plaintiff* CHARLES HENRY BURTON

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June __11__ 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of this electronic filing to all counsel of record.

                                              /s/ Colin G. Wood
                                              Colin G. Wood
                                              *Counsel for Plaintiff CHARLES HENRY BURTON*